**Patricia A. MORRISON,
Plaintiff–Appellant,**

v.

**Kenneth S. APFEL, Commissioner
of Social Security, Defendant–
Appellee.**

No. 00–2102.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 26, 2001.

Decided Feb. 26, 2001.

Gregory L. Kordic, Kordic & Associates, Cleveland, OH, for appellant. Melvin W. Kahle, Jr., United States Attorney, Helen Campbell Altmeyer, Assistant United States Attorney, Charlotte J. Hardnett, Acting General, Frank V. Smith, III, Acting Principal Deputy General, John M. Sacchetti, Associate General Counsel for Program Litigation, Etzion Brand, Supervisory Attorney, Retirement, Survivors and Supplemental Assistance Litigation Branch, Office of the General, Social Security Administration, Baltimore, MD, for appellee.

Before DIANA GRIBBON MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Patricia A. Morrison appeals the district court's order dismissing her complaint against the Commissioner of the Social Security Administration. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Morrison v. Apfel, Commissioner,* No. CA–99–101–5 (N.D.W. Va. June 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*